**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

**v. : 25-CR-138-01 (RJL)**

**DREMALE VANTERPOOL :**

**UNOPPOSED**
**MOTION TO CONTINUE MOTIONS HEARING**
**AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Mr. Dremale Vanterpool, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing currently scheduled for September 23, 2026. The Court scheduled the hearing for that date after granting Mr. Vanterpool's motion to continue, but undersigned counsel has a previously scheduled hearing on that date. Both parties are available for a hearing in this case during the week of October 26, 2026, if convenient for the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500